# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0252-JCC |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| STEPHEN J. TWINING, | |
| Defendant. | |

This matter comes before the Court on the United States' motion for entry of a final order of forfeiture (Dkt. No. 40) for the following property:

1. One black PNY Attaché 4GB USB drive seized from Defendant Stephen J. Twining on or about April 7, 2015;

2. One silver/black Staples Relay 4GB USB drive seized from Defendant on or about April 7, 2015;

3. Two orange/black PNY Attaché 2GB USB drives seized from Defendant on or about April 7, 2015;

4. One black/red Gigawire 4GB USB drive seized from Defendant on or about April 7, 2015;

5. One HP Pavillion P61104 computer tower with Western Digital 640GB Cavier blue hard drive seized from Defendant on or about April 7, 2015; and,

6. Any and all images of child pornography, in whatever format and however stored.

The Court, having reviewed the motion and the relevant record, GRANTS the motion (Dkt. No. 40) and FINDS that entry of a final order of forfeiture is appropriate because:

- On May 11, 2017, the Court entered a preliminary order of forfeiture finding the above-listed property forfeitable pursuant to 18 U.S.C. § 2253 and forfeiting Defendant's right, title, and interest in it (Dkt. No. 30);
- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 39); and,
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Homeland Security and/or its representatives are authorized to dispose of the above-listed property as permitted by governing law.

//
//
//
//

DATED this 16th day of August, 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 3
*U.S. v. Stephen Twining,* CR16-0252-JCC